**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| JEANNETTE STROTHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. |
| ) | |
| FAURECIA EMISSIONS CONTROL ) | |
| TECHNOLOGIES USA, LLC, ) | |
| ) | |
| Defendant. ) | |

## **COMPLAINT**

Plaintiff, by counsel, alleges against the Defendant as follows:

1. The Plaintiff is Jeanette Strother, a resident of Allen County Indiana who filed an Amended Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") on October 10, 2022, a copy of which is attached hereto, made a part hereof, and incorporated herein as Exhibit "A". on May 25, 2023, the EEOC issued a Determination and Notice of Rights (attached as Exhibit "B"), and this Complaint has been filed within ninety (90) days after receipt thereof.

2. The Defendant is Faurecia Emissions Control Technologies USA, LLC, a company authorized to do business in the State of Indiana, and does so at 4510 Airport Expressway, Fort Wayne, IN 46809. Defendant is an "employer" for purposes of the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 *et seq*. ("ADEA")

3. Plaintiff alleges that she was discriminated against on account of her age and

1

      retaliated against and protesting against age discrimination at her employment and was ultimately terminated for false and fictitious reasons as set forth in Exhibit "A".

4. Plaintiff was about fifty-nine years old at the time of the events alleged in this Complaint.

5. Additional facts to support her allegations of age discrimination are set forth in Exhibit "A".

6. As a direct and proximate result of Defendant's discrimination and retaliation, Plaintiff suffered the loss of her job and job-related benefits including income. Plaintiff also suffered emotional distress, mental anguish, humiliation, embarrassment, and other similar damages and injuries for which she seeks compensatory damages, and due to the intentionality of Defendant's actions, Plaintiff also seeks liquidated damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant for compensatory damages, liquidated damages, pecuniary damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS SMITH WALLACE, LLP**

/s/ *Christopher C. Myers*
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:    (260) 424-0712
Email: cmyers@myers-law.com
*Attorney for Plaintiff*